Entered on Docket
March 01, 2012
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
MAR 01 2012
BANKRUPTCY COURT
OAKLAND, CALIFORNIA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re                                              No. 10-71168 WJL
                                                   Chapter 7
Kenneth Lim Lee,
Janice Lee Lee,


          Debtors.
_____/

Joseph Fernandez, Jr.,                             A.P. No. 11-04017
Charlotte Fernandez,

          Plaintiffs,

   vs.

Kenneth Lim Lee,
Janice Lee Lee,

          Defendants.
_____/

**MEMORANDUM REGARDING STATUS REPORT ON SETTLEMENT AGREEMENT**

On February 15, 2012, at 9:30 a.m., the parties appeared before the Court on a status conference. The parties reported that they had reached an oral agreement during mediation but were unable to agree on some aspects of the written agreement. The Court ordered the parties to meet and confer and then submit letters updating the Court within one week of the hearing.

On February 29, 2012, the Court received a letter from Charlotte Fernandez. The letter describes certain items of apparent disagreement with a draft settlement agreement prepared

by debtor's counsel, but does not clearly describe whether these issues have been resolved. Debtor's counsel has not submitted a letter or otherwise communicated his position to the Court. Based on the foregoing, the Court orders the parties to submit a joint status report statement in the next seven days, describing which issues have been resolved and which issues still remain in dispute.

Date: 3-1-2012

The Honorable William J. Lafferty

END OF DOCUMENT